

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2016

No. 04-15-00469-CV

**CASH BIZ, LP**, Redwood Financial, LLC, Cash Zone, LLC dba Cash Biz,
Appellants

v.

Hiawatha **HENRY**, Addie Harris, Montray Norris, and Roosevelt Coleman Jr., et al.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01545
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellee's Motion to Extend Time to File Motion for Rehearing and Motion for Reconsideration En Banc is GRANTED. Time is extended to August 18, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court